IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TANYA HANNA                                                                                          PLAINTIFF

v.                                              Civil No. 2:17CV2096

CHRISTUS HEALTH, et al                                                                      DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 22nd day of November, 2017, the Parties herein, having filed this Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS ORDERED that all claims be dismissed with prejudice.

AT THE DIRECTION OF THE COURT,

DOUGLAS F. YOUNG, CLERK

BY:  /s/ Heather N. Conklin
     Deputy Clerk